FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 10 2013

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN POGOSYAN,<br><br>           Petitioner,<br><br>   vs.<br><br>RANDY GROUNDS, Warden,<br><br>           Respondent. | Case No. CV 12-10065-SVW (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. On April 3, 2013, the Court granted Petitioner's counsel's request for an extension of until May 1, 2013, to file objections, but to date he has filed neither another extension request nor any objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied, Petitioner's request to stay the Petition and hold it in abeyance pending state-court exhaustion is denied, Petitioner's request for bail is denied, and Judgment be entered dismissing this action with prejudice.

DATED: June 4, 2013

                                          STEPHEN V. WILSON
                                          U.S. DISTRICT JUDGE