JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 10 2013

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMEN POGOSYAN, | Case No. CV 12-10065-SVW (JPR) |
| Petitioner, | |
| vs. | J U D G M E N T |
| RANDY GROUNDS, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 4, 2013

_____
STEPHEN V. WILSON
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 10 2013

CENTRAL DISTRICT OF CALIFORNIA
BY               DEPUTY