JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ARMEN POGOSYAN,                ) Case No. CV 12-10065-SVW (JPR)
                               )
            Petitioner,        )
                               )        J U D G M E N T
       vs.                     )
                               )
RANDY GROUNDS, Warden,         )
                               )
            Respondent.        )
_____)

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: June 4, 2013

_____
STEPHEN V. WILSON
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 10 2013
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY